FILED

2017 FEB 23 P 4:23

CLERK US DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>2122 21st Road North<br>Arlington, Virginia; and<br><br>IN THE MATTER OF THE SEARCH OF<br>University of Management and<br>Technology | Case Nos. 1:12sw1002 and 1003<br>Hon. John F. Anderson<br><br>**UNDER SEAL** |

MOTION TO COMPEL THE RETURN OF SEIZED PROPERTY

Comes now Movant, Yanping Chen Frame, by counsel, and moves pursuant to Fed. R. Crim. P 41(g) for the return of her property seized by the Government.

Pertinent Facts

1. On December 3, 2012, this Court issued two Search and Seizure Warrants ("the warrants") signed by United States Magistrate Judge John F. Anderson for execution upon Movant's residence at the above-captioned address and upon the University of Management and Technology ("UMT") in Arlington, Virginia.[1] The warrants *requested seizure of* identical items; to wit, documents relating to Movant's employment in the Peoples Republic of China ("PRC"), relating to the Peoples Liberation Army, the Communist Party or any space agency of the PRC, or relating to any connection of Movant or UMT to the government of the PRC. Additionally, the warrants *sought* any travel or immigration related documents of Movant and all digital media storage or processing instruments.

2. On December 5, 2012, the warrants were executed. Over 50 boxes and bags of personal property of Movant and her husband, John Davidson Frame, were seized from Movant's

[1] UMT is a for profit educational institution accredited to confer Bachelor's, Master's and Doctoral degrees and wholly owned by Movant.

residence. The nearly illegible inventory of the items seized from Movant's indicated only the number of bags/boxes seized, without reference to the contents thereof (which included considerable personal memorabilia, e.g., family photographs, etc.). Essentially all of the computers and digital storage media were removed from UMT, requiring a suspension of the university's operations for one day.

The UMT employees on the scene of the UMT search were questioned by FBI agents before being allowed to leave.

Notwithstanding the search applications and warrants were sealed, local and network broadcasters reported the searches on the evening news.

None of the items seized from either location has been returned.

3. Upon information and belief, simultaneous with the searches, FBI agents also appeared and questioned individuals at three other locations: the home of Movant's daughter and son in law, Lele Wang and Shenzou Hu, respectively; the home of Movant's brother in law, Charles Sheehan; and the home of Greg Marsh, IT Director for UMT. The FBI also contacted the then employer of Movant's son-in-law, an electrical engineer with Northrop Grumman at the time. Since then, Movant's son-in-law has lost his security clearance and, consequently, his employment at Northrop Grumman.

4. On March 11, 2016, AUSA James Gillis orally *stated* to undersigned *counsel* that no charges against Movant, her daughter or her son-in-law were contemplated.

5. Movant and her family and associates continue to this day to suffer deprivation of personal effects, tax records and business documents as well as personal and professional embarrassment born of the searches and the follow on FBI contacts with family and associates of

Movant. Last week, Pamela Brown and Catherine Herridge, reporters for Fox News, appeared unannounced at the offices UMT seeking to speak with Movant.

Conclusion

For the reasons stated above and to be presented at the hearing, the Government should be ordered to return Movant's and UMT's seized property forthwith. The return of the seized property would corroborate the government's oral statement that it does not contemplate any criminal charge against Movant, her daughter or her son in law so as to enable their associates to interact with them unperturbed about being investigated, prosecuted or otherwise castigated for associating with them.

Respectfully Submitted,

YANPING CHEN FRAME
By Counsel

/s/
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 549-2988
E-mail: john@johnckiyonaga.com

Counsel for Yanping Chen

Certificate of Electronic Service

I hereby certify that on February 23, 2017, I caused a copy of the foregoing to be delivered to the United States Attorney's Office, 2100 Jamieson Ave., Alexandria, VA 22314.

/s/
John C. Kiyonaga